UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY W. FAITH, <br>     Plaintiff, <br> v. <br> SAMANTHA L. CARON, et al., <br>     Defendants. | Case No. 19-mc-80204-DMR <br><br> **ORDER DENYING THIRD PARTIES' MOTION TO QUASH WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 1 |

This miscellaneous action relates to a proceeding pending before the United States Bankruptcy Court for the Central District of California, *Jeremy W. Faith, Chapter 7 Trustee v. Samantha L. Caron, et al*, 18-bk-11056 DS ("the bankruptcy action"). On August 7, 2019, the plaintiff in the bankruptcy action, Jeremy W. Faith, purportedly served a Federal Rule of Civil Procedure 45 subpoena on Google LLC ("Google") seeking seven categories of documents, at least four of which relate to third parties Andrew S. Mansfield and Blythe M. Mansfield ("the Mansfields"). The Mansfields now move to quash the subpoena issued by Faith in the bankruptcy action. [Docket No. 1.]

Federal Rule of Civil Procedure 45 permits any party to issue a subpoena commanding a non-party to "produce designated documents, electronically stored information, or tangible things in that person's possession, custody, or control." Fed. R. Civ. P. 45(a)(1)(A)(iii). A subpoena must issue from the court where the action is pending. Fed. R. Civ. P. 45(a)(2). A motion to quash a subpoena must be brought before "the court for the district where compliance is required." Fed. R. Civ. P. 45(d)(3)(A), (B). In cases where the court of compliance did not issue the subpoena, it may "transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f).

Here, the subpoena issued from the United States Bankruptcy Court for the Central District

of California, where the underlying bankruptcy action is pending. A. Mansfield Decl., Aug. 13, 2019, Ex. A. The subpoena appears to have been served on Google in Sacramento, California. *Id*. The subpoena explicitly directs Google to comply at the office of Faith's attorney in Newport Beach, California, which is located in the Central District of California. Based on the facts appearing on the face of the subpoena, the Central District of California is both the issuing court and the court of compliance. As such, Rule 45 dictates that the Mansfields should have filed this motion in the Central District of California. Fed. R. Civ. P. 45(d)(3)(A), (B). Accordingly, the motion to quash is denied without prejudice to the Mansfields' ability to refile in the proper court. Faith is ordered to immediately serve a copy of this order on Google. The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 19, 2019

Donna M. Ryu
United States Magistrate Judge